UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY TRENT SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY, MERCED COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01768-KAW (PR)<br><br>**ORDER OF TRANSFER** |

　　　Plaintiff Rickey Trent Smith, a state prisoner incarcerated at the California Institute for Men, has filed a civil rights action under 42 U.S.C. § 1983 asserting constitutional violations against the Merced County District Attorney's Office, the Merced County Superior Court and the Merced County Probation Department.

　　　When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

　　　The acts alleged in this complaint occurred in Merced County and all Defendants reside in Merced County. Merced County is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

1   TRANSFERRED to the United States District Court for the Eastern District of California.  The

2   Clerk of the Court shall terminate all motions and transfer the case forthwith.

4       IT IS SO ORDERED.

5   Dated: May 14, 2015

                       KANDIS A. WESTMORE
                       UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California